IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. KOWNACKI, *as Administrator of the* ESTATE OF JESSE R. KOWNACKI *and in his own right*,<br><br>Plaintiff,<br><br>v.<br><br>CSX RAILROAD,<br><br>Defendant. | Civil Action No. 10-514<br><br>Judge Donetta W. Ambrose<br>Magistrate Judge Cathy Bissoon |

## **MEMORANDUM ORDER**

On April 27, 2010, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On May 13, 2010, the magistrate judge issued a Report (Doc. 5) recommending that, upon consideration of Defendant's Notice of Removal (Doc. 1), this matter be remanded to the Court of Common Pleas of Beaver County, Pennsylvania. Service of the Report and Recommendation was made on the parties. On May 20, 2010, Defendant filed a Response to the Report stating that it does not object to the magistrate judge's recommendation to remand this matter to the state court. See Doc. 6.

After a review of the pleadings and documents in the case, together with the Report and Recommendation and Defendant's Response thereto, the following Order is entered:

AND NOW, on this 25th day of ~~June~~ May, 2010, **IT IS HEREBY ORDERED** that this matter be **REMANDED** to the Court of Common Pleas of Beaver County, Pennsylvania.

The Report and Recommendation of Magistrate Judge Bissoon dated May 13, 2010 is hereby adopted as the opinion of the District Court.

Donetta W. Ambrose
United States District Judge

cc (via email):

Michael P. Petro, Esq.
Anthony J. Rash, Esq.